# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-5061, 5061-1
Owner:  Martin Ricardo Garza, *et al.*
Total Acreage:  2.333

## Tract No. 1: RGV-RGC-5061

**Being** a 1.594 acre (69,448 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 20.002 acre tract designated as Share 4-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, and being out of a called 46.3293 acre tract conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-5061", said point being at the northwest corner of Share 4-A, the northwest corner of the 46.3293 acre tract, and the northeast corner of a called 8.547 acre tract designated as Share 3 in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land acquired by Jesus M. Garza, Reyna G. Sepulveda, Ranulfo Garza, Elida G. Ramirez, Maria Garza, Mariana Garza, Gloria Garza, Ramon Garza, Jr. and Rene Garza through inheritance from the Estate of Ramon R. Garza recorded under Cause No. 871, Probate Records of Starr County, Texas, being the same tract of land acquired by Jesus M. Garza, Reyna G. Sepulveda, Ranulfo Garza, Elida G. Ramirez, Maria Garza, Mariana Garza, Gloria Garza, Ramon Garza, Jr. and Rene Garza through inheritance from the Estate of Camilo Garza recorded under Cause No. 853, Probate Records of Starr County, Texas, being the same tract of land conveyed to Ranulfo Garza by Warranty Deed recorded in Volume 603, Page 503, Official Records of Starr County, Texas, and being the same tract of land conveyed to San Juanita Sepulveda by Deed of Gift recorded in Volume 1030, Page 373, Official Records of Starr County, Texas, said point being in a southerly line of the remainder of a called 29.200 acre tract conveyed to Arturo Garza, Jr. by Executor's Deed recorded in Volume 462, Page 307, Deed Records of Starr County, Texas (First Tract, Share 2-A), said point having the coordinates of N=16664991.279, E=849612.398, said point bears S 78°12'06" E, a distance of 3266.60' from United States Army Corps of Engineers Control Point No. 210;

**Thence:** S 09°03'30" W (N 08°07'00" E, Record), departing the southerly line of Share 2-A, with the west line of Share 4-A and the east line of Share 3, for a distance of 46.79' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5060-3=5061-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-5061, said point being in the west line of Share 4-A and the east line of Share 3, said point having the coordinates of N=16664945.069, E=849605.031;

## SCHEDULE C (Cont.)

**Thence:** S 49°08'11" E, departing the east line of Share 3, over and across Share 4-A, for a distance of 347.24' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-2=5062-4" for the northeast corner of Tract RGV-RGC-5061, said point being in the east line of Share 4-A and the west line of a called 8.070 acre tract designated as Share 5-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Refugio G. Vda de Alvarez (Undivided Interest) by Warranty Deed recorded in Volume 118, Page 525, Deed Records of Starr County, Texas and being the same tract of land conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas;

**Thence:** S 09°03'30" W (S 08°07'00" W, Record), with the east line of Share 4-A and the west line of Share 5-A, for a distance of 235.34' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-3=5062-3" for the southeast corner of Tract RGV-RGC-5061, said point being in the east line of Share 4-A and the west line of Share 5-A;

**Thence:** N 49°08'11" W, departing the west line of Share 5-A, over and across Share 4-A, for a distance of 347.24' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5060-4=5061-4" for the southwest corner of Tract RGV-RGC-5061, said point being in the west line of Share 4-A and the east line of Share 3;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 4-A and the east line of Share 3, for a distance of 235.34' to the **Point of Beginning.**

## SCHEDULE C (Cont.)

### Tract No. 2: RGV-RGC-5061-1

**Being** a 0.739 of one acre (32,186 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 9.245 acre tract designated as Share 7-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, and being out of a called 46.3293 acre tract conveyed to Martin Garza by Deed of Gift recorded in Volume 965, Page 344, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" iron rod at the southeast corner of Share 7-A, the southeast corner of the 46.3293 acre tract, and the southwest corner of a called 10.00 acre tract designated as Share 8-A in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, and being the same tract of land acquired by Rose Marie G. Rodriguez through inheritance from the Estate of Rebeca H. Guerra recorded under Cause No. PR-88-23, Probate Records of Starr County, Texas, said point having the coordinates of N=16661789.813, E=849798.407, said point bears S 41°10'05" E, a distance of 5140.12' from United States Army Corps of Engineers Control Point No. SS10-2019;

**Thence:** N 09°03'30" E (S 08°07'00" W, Record), with the east line of the 46.3293 acre tract, the east line of Share 7-A, and the west line of Share 8-A, for a distance of 2423.63' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-1-1=5065-1" for the **Point of Beginning** and southeast corner of Tract RGV-RGC-5061-1, said point being in the east line of the 46.3293 acre tract, the east line of Share 7-A, and the west line of Share 8-A, said point having the coordinates of N=16664183.213, E=850179.986;

**Thence:** N 49°08'11" W, departing the west line of Share 8-A, over and across Share 7-A and the 46.3293 acre tract, for a distance of 160.93' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-1-2=5063-3" for the southwest corner of Tract RGV-RGC-5061-1, said point being in the west line of Share 7-A and the east line of a called 8.889 acre tract designated as Share 6 in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Deonicia Alvarez Garza (Undivided Interest) by Warranty Deed recorded in Volume 372, Page 381, Deed Records of Starr County, Texas;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 7-A and the east line of Share 6, for a distance of 235.34' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-

## SCHEDULE C (Cont.)

1-3=5063-2" for the northwest corner of Tract RGV-RGC-5061-1, said point being in the west line of Share 7-A and the east line of Share 6;

**Thence:** S 49°08'11" E, departing the east line of Share 6, over and across Share 7-A and the 46.3293 acre tract, for a distance of 160.93' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5061-1-4" for the northeast corner of Tract RGV-RGC-5061-1, said point being in the east line of Share 7-A, the east line of the 46.3293 acre tract, and the west line of a called 0.84 acre tract conveyed to Mary Elizabeth Garcia by Affidavit of Use and Possession recorded in Instrument No. 2018-345874, Official Records of Starr County, Texas;

**Thence:** S 09°03'30" W (S 08°07'00" W, Record), with the east line of Share 7-A, the east line of the 46.3293 acre tract, and the west line of the 0.84 acre tract, passing at 27.80' the southwest corner of the 0.84 acre tract and the northeast corner of the Rose Marie G. Rodriguez tract, continuing for a total distance of 235.34' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

**LAND TO BE CONDEMNED**
Tract No. 1: RGV-RGC-5061



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 78°12'06" E | 3266.60' | N/A | N/A |
| L2 | S 09°03'30" W | 46.79' | N 08°07'00" E | N/A |
| L3 | S 49°08'11" E | 347.24' | N/A | N/A |
| L4 | S 09°03'30" W | 235.34' | S 08°07'00" W | N/A |
| L5 | N 49°08'11" W | 347.24' | N/A | N/A |
| L6 | N 09°03'30" W | 235.34' | N 08°07'00" E | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16664945.069 | 849605.031 | RGV-RGC-5060-3=5061-1 |
| 2 | 16664717.885 | 849867.637 | RGV-RGC-5061-2=5062-4 |
| 3 | 16664485.484 | 849830.585 | RGV-RGC-5061-3=5062-3 |
| 4 | 16664712.668 | 849567.979 | RGV-RGC-5060-4=5061-4 |
| 5 | 16664991.279 | 849612.398 | POC RGV-RGC-5061 |



LEGEND

●   5/8" REBAR W/ "MDS" CAP SET

⊙   FOUND MONUMENT

△   CONTROL POINT

DRSC   DEED RECORDS OF STARR COUNTY
IPF   IRON PIPE FOUND
IRF   IRON ROD FOUND
ORSC   OFFICIAL RECORDS OF STARR COUNTY
PG   PAGE
POB   POINT OF BEGINNING
POC   POINT OF COMMENCING
VOL   VOLUME

———————— ACQUISITION BOUNDARY

—··—··—··— ADJOINING ACQUISITION BOUNDARY

〜〜〜〜〜〜 BRUSH/VEGETATION

——— P L ——— PROPERTY LINE

—X——X——X— WIRE FENCE

SEE SHEET 5

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7208 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1818

| Drawing SHEET 4 OF 7 | METES & BOUNDS SURVEY MARTIN GARZA TRACT No. RGV-RGC-5061 STARR COUNTY TEXAS | | | | | |
|---|---|---|---|---|---|---|

  

MDS PROJ. NO. 19-200-00   FILE NAME: RGV-RGC-5061   DATE: 4/3/2020

## SCHEDULE D (Cont.)

**(1a)**
MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 4-A)

REMAINING AREA: 0.535 ACRE

**(1b)**
MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 4-A)

REMAINING AREA: 18.090 ACRES

**(2)**
CAMILO GARZA & RAMON GARZA
CALLED 8.547 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 3)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

RANULFO GARZA
WARRANTY DEED
VOL. 603, PG. 503 ORSC

SAN JUANITA SEPULVEDA
DEED OF GIFT
VOL. 1030, PG. 373 ORSC

**(3)**
ARTURO GARZA, JR.
CALLED 29.200 ACRES
EXECUTOR'S DEED
VOL. 462, PG. 307 ORSC
(FIRST TRACT, SHARE 2-A)

**(7)**
L&R PRECAST
CONCRETE WORKS, INC.
CALLED 13.221 ACRES
SPECIAL WARRANTY DEED
VOL. 1393, PG. 157 ORSC
(TRACT I)

**(4)**
CAMILO GARZA, ET AL
CALLED 15.936 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 49 ORSC
(TRACT II)

HORTENCIA G. LENT, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 405, PG. 89 ORSC

DARIO GONZALEZ, ET AL
AFFIDAVIT OF MARITAL
& FAMILY HISTORY OF
JESUS MARIA GARZA
VOL. 447, PG. 703 ORSC

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

JESUS M. GARZA
WARRANTY DEED
VOL. 1421, PG. 483 ORSC

**(5)**
MARTINA G. VDA. DE GONZALEZ
CALLED 4.865 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 49 ORSC
(TRACT I)

**(9)**
CALLED 8.889 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 6)

DEONICIA ALVAREZ GARZA
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 372, PG. 381 ORSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

**(6)**
JUAN GARCIA GARZA
& DOMINGO GARZA
CALLED 7.968 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 44 ORSC
(FOURTH)

HORTENCIA G. LENT, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 405, PG. 89 ORSC

DARIO GONZALEZ, ET AL
AFFIDAVIT OF MARITAL
& FAMILY HISTORY OF
JESUS MARIA GARZA
VOL. 447, PG. 703 ORSC

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

JESUS M. GARZA
WARRANTY DEED
VOL. 1421, PG. 483 ORSC

**(11)**
BENITO ALVAREZ, JR., ET AL
CALLED 1.99 ACRES
WARRANTY DEED
VOL. 511, PG. 781 ORSC

**(13)**
INEZ GARZA DE MUNIZ
CALLED 7.968 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 44 ORSC
(SECOND)

HORTENCIA G. LENT, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 405, PG. 89 ORSC

DARIO GONZALEZ, ET AL
AFFIDAVIT OF MARITAL
& FAMILY HISTORY OF
JESUS MARIA GARZA
VOL. 447, PG. 703 ORSC

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

JESUS M. GARZA
WARRANTY DEED
VOL. 1421, PG. 483 ORSC

**(8)**
CALLED 8.070 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 5-A)

REFUGIO G. VDA. DE ALVAREZ
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 116, PG. 525 ORSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

**(12)**
ENCARNACION GARZA DE MUNIZ
CALLED 7.968 ACRES
PARTITION AGREEMENT
VOL. 93, PG. 44 ORSC
(THIRD)

HORTENCIA G. LENT, ET AL
AFFIDAVIT OF HEIRSHIP
VOL. 405, PG. 89 ORSC

DARIO GONZALEZ, ET AL
AFFIDAVIT OF MARITAL
& FAMILY HISTORY OF
JESUS MARIA GARZA
VOL. 447, PG. 703 ORSC

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 871)

JESUS M. GARZA
WARRANTY DEED
VOL. 1421, PG. 483 ORSC

**(10)**
CALLED 9.245 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 ORSC
(SHARE 7-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1816

**METES & BOUNDS SURVEY**
**MARTIN GARZA**
**TRACT No. RGV-RGC-5061**
**STARR COUNTY          TEXAS**

| Mark | Description | Date | App. |
|------|------------|------|------|

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyed | JGB | 4/20 |
| Proj. Eng. # | | 18668-76-05 |

CONTRACT NO.: W9127Q-14-D-0013
T.O.: W45HMAB15779870001





MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-5061     DATE: 4/2/2020

# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

Tract No. 2: RGV-RGC-5061-1



## SCHEDULE D (Cont.)



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 41°10'05" E | 5140.12' | N/A | N/A |
| L2 | N 09°03'30" E | 242.3.63' | S 08°07'00" W | N/A |
| L3 | N 49°08'11" W | 160.93' | N/A | N/A |
| L4 | N 09°03'30" E | 235.34' | N 08°07'00" E | N/A |
| L5 | S 49°08'11" E | 160.93' | N/A | N/A |
| L6 | S 09°03'30" W | 235.34' | S 08°07'00" W | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16664183.213 | 850179.986 | RGV-RGC-5061-1-1=5065-1 |
| 2 | 16664288.503 | 850058.279 | RGV-RGC-5061-1-3=5063-3 |
| 3 | 16664520.905 | 850095.331 | RGV-RGC-5061-1-3=505.3-2 |
| 4 | 16664415.615 | 850217.037 | RGV-RGC-5061-1-4 |
| 5 | 16661789.813 | 849798.407 | POC RGV-RGC-5061-1 5065 |

LEGEND

| | | |
|---|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET | ———————— ACQUISITION BOUNDARY |
| ☉ | FOUND MONUMENT | —·—·—·—·—·— ADJOINING ACQUISITION BOUNDARY |
| △ | CONTROL POINT | ∿∿∿∿∿∿ BRUSH/VEGETATION |
| ☇ | POWER POLE | ——— P L ——— PROPERTY LINE |
| | | — x — x — x — WIRE FENCE |
| DRSC | DEED RECORDS OF STARR COUNTY | (#) SEE SHEET 5 |
| IPF | IRON PIPE FOUND | |
| IRF | IRON ROD FOUND | |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY | |
| PG | PAGE | |
| POB | POINT OF BEGINNING | |
| POC | POINT OF COMMENCING | |
| PRSC | PLAT RECORDS OF STARR COUNTY | |
| VOL | VOLUME | |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-896-1818



**METES & BOUNDS SURVEY**
**MARTIN GARZA**
**TRACT No. RGV-RGC-5061-1**
STARR COUNTY                                    TEXAS

| MARK | Description | Date | APP |
|------|-------------|------|-----|

CONTRACT No.: W9126G-14-D-0013
T.O.: W45XMA815778870021

| | BY | DATE |
|--------|-----|------|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 190355-15-66 | |

TDNS ILS LEND SURVEYS, FIRM
AMY ENGINEERING, INC.
NO. 10103943


**ENGINEERING, INC.**
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-RGC-5061-1    DATE: 4/17/2020

## SCHEDULE D (Cont.)

**(1a)**
CALLED 9.245 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 7-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

REMAINING AREA: 0.413 ACRE

**(1b)**
CALLED 9.245 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 7-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

REMAINING AREA: 7.708 ACRES

**(2)**
CALLED 10.00 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 8-A)

ROSE MARIE G. RODRIGUEZ
PROBATE
CAUSE No. PR-88-23

**(3)**
MARY ELIZABETH GARCIA
CALLED 0.04 OF AN ACRE
AFFIDAVIT OF USE
& POSSESSION
INST. No. 2018-345874 ORSC

**(4)**
CALLED 8.889 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 6)

DEONICIA ALVAREZ GARZA
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 372, PG. 381 ORSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

**(5)**
L&M PRECAST
CONCRETE WORKS, INC.
CALLED 13.221 ACRES
SPECIAL WARRANTY DEED
VOL. 1393, PG. 157 ORSC
(TRACT I)

**(6)**
CALLED 8.070 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 5-A)

REFUGIO G. VDA DE ALVAREZ
(UNDIVIDED INTEREST)
WARRANTY DEED
VOL. 118, PG. 525 ORSC

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

**(7)**
MARIA DEL REFUGIO M. GUERRA
REMAINDER OF
CALLED 44.942 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 9)

**(11)**
SAN JUANITA MUNOZ
CALLED 0.456 OF AN ACRE
WARRANTY DEED
VOL. 1331, PG. 242 ORSC

**(8)**
JOSE CANTU, JR.
CALLED 0.43 ACRE
DEED OF USE
VOL. 1150, PG. 627 ORSC

**(9)**
LOT 10
BLOCK 1
EL QUOTE 2
VOL. 2, PG. 192 PRSC

**(13)**
CALLED 20.002 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 4-A)

MARTIN GARZA
CALLED 46.3293 ACRES
DEED OF GIFT
VOL. 965, PG. 344 ORSC

**(10)**
FRANCISCO JAVIER HERRERA
CALLED 0.507 OF AN ACRE
AFFIDAVIT OF USE
& POSSESSION
INST. No. 2018-343647 ORSC

**(14)**
CAMILO GARZA & RAMON GARZA
CALLED 8.547 ACRES
FINAL DECREE OF PARTITION
VOL. 88, PG. 470 DRSC
(SHARE 3)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 853)

JESUS M. GARZA, ET AL
PROBATE
(CAUSE No. 671)

RANULFO GARZA
WARRANTY DEED
VOL. 603, PG. 503 ORSC

SAN JUANITA SEPULVEDA
DEED OF GIFT
VOL. 1030, PG. 373 ORSC

**(15)**
ARTURO GARZA, JR.
CALLED 29.200 ACRES
EXECUTOR'S DEED
VOL. 462, PG. 307 DRSC
(FIRST TRACT, SHARE 2-A)

**(12)**
ELIGIO ALVAREZ,
NATIVIDAD G. ALVAREZ,
JESUS ALVAREZ
& LYDIA L. ALVAREZ
CALLED 8.325 ACRES
PARTITION AGREEMENT
VOL. 389, PG. 424 ORSC
(SHARE 10-A)

**(16)**
BENITO ALVAREZ, JR., ET AL
CALLED 1.99 ACRES
WARRANTY DEED
VOL. 511, PG. 781 ORSC



**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019680
7296 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1616

| | | | | | | BY | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | Drawn | LMK | 4/20 |
| | | | | | Checked | LMK | 4/20 |
| | | | | | Surveyor | JOB | 4/20 |
| | | | | | Fld.Bk. # | 19688-16-66 | |

**METES & BOUNDS SURVEY**
**MARTIN GARZA**
**TRACT No. RGV-RGC-5061-1**
STARR COUNTY                    TEXAS

MDS PROJ. NO. 19-200-00     FILE NAME: RGV-RGC-5061-1     DATE: 4/17/2020

B&E ENGINEERING, INC.
368 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tracts:  RGV-RGC-5061 & RGV-RGC-5061-1
Owner:  Martin Ricardo Garza, *et al.*
Acreage:  2.333

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tracts: RGV-RGC-5061 & RGV-RGC-5061-1
Owner: Martin Ricardo Garza, *et al.*
Total Acreage: 2.333

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the land described in conveyance recorded as Instrument No. 2003-230492, Vol. 965, Page 344, recorded in Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is TWENTY SEVEN

THOUSAND, ONE HUNDRED AND FIFTEEN DOLLARS AND NO/100 ($27,115.00),

to be deposited herewith in the Registry of the Court for the use and benefit of the persons

entitled thereto.

**TRACT No. 1: RGV-RGC-5061:**

The sum estimated as just compensation for the land acquired is FIFTEEN THOUSAND, SEVEN HUNDRED AND SEVENTY TWO DOLLARS AND 00/100 ($15,772.00).

**TRACT No. 2:  RGV-RGC-5061-1:**

The sum estimated as just compensation for the land acquired is ELEVEN THOUSAND, THREE HUNDRED AND FORTY THREE DOLLARS AND 00/100 ($11,343.00).

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **San Juanita J. Garza** <br> ▓▓▓▓▓▓ <br> McAllen, TX ▓▓▓ | Warranty Deed; Volume 586, Page 304; Dated December 5, 1988; Deed Records of Starr County |
| **Martin Ricardo Garza** <br> ▓▓▓▓▓▓ <br> Brenham, TX ▓▓▓ | Gift Deed; Volume 965, Page 344; Dated June 4, 2003; Deed Records of Starr County |
| **Marissa Iris G. Lee** <br> ▓▓▓▓ <br> Ada, MI ▓▓ | Application to Determine Heirship, Cause No. 39,365; Statutory Probate Court, Hidalgo County, Texas. |
| **Jaime A. Garza** <br> ▓▓▓▓ <br> Sugarland, TX ▓▓▓ | |
| **Aaron A. Garza** <br> ▓▓▓▓ <br> McAllen, TX ▓▓▓ | |
| **Marco A. Garza** <br> ▓▓▓▓ <br> Edinburg, TX ▓▓▓ | |
| **Ameida Salinas** <br> 100 N. FM 3167 Suite 201 <br> Rio Grande City, TX 78582 | **Starr County Tax Assessor Office** |