IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:20-CV-268 |
| 2.333 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND MARTIN RICARDO GARZA, ET AL., | § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Alyssa Iglesias, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to Manuel Muniz Lorenzi, the current attorney of record in this case.

        Respectfully submitted,

        **JENNIFER B. LOWERY**
        Acting United States Attorney
        Southern District of Texas

BY:    **s/** *Alyssa Iglesias*
        **ALYSSA IGLESIAS**
        Assistant United States Attorney
        Southern District of Texas No.: 3610302
        Florida Bar No.: 103383
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 992-9351
        Facsimile: (956) 992-9425
        E-mail: Alyssa.Iglesias@usdoj.gov
        Attorney for the United States of America

## CERTIFICATE OF SERVICE

I, Alyssa Iglesias, Assistant United States Attorney for the Southern District of Texas, hereby certify that on March 22-23, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

BY:    s/ *Alyssa Iglesias*
          **ALYSSA IGLESIAS**
          Assistant United States Attorney